UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF INDIANA  
EVANSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-cr-00005-RLY-MPB |
| ) | |
| KENYNIA MOORE, ) | -01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On August 5, 2022, the Court held an Initial Appearance hearing on the Petition for Warrant for Violation of Supervised Release, filed on August 1, 2022. (Dkt. No. 5). On August 22, 2022, the court held a final hearing on the Petition. Defendant Moore appeared in person with counsel John Brinson. The government appeared by Assistant United States Attorney Lauren Wheatley. The United States Probation and Parole Office appeared by Officer Justin Driskill.

This matter was referred to the Magistrate Judge to conduct a hearing and make a report and recommendation as to the disposition. (Dkt. No. 8). The defendant was advised that the District Judge is not bound to accept the Report and Recommendation.

The Court conducted the following procedures in accordance with Fed. R. Crim.P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Moore of her rights and provided her with a copy of the petition.

2. Defendant orally waived her right to a preliminary hearing.

3.   After being placed under oath, Defendant Moore admitted her arrest in violation No. 1. ([Dkt. No. 5](Dkt. No. 5)).

4.   The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | "The defendant shall not commit another federal, state or local crime."<br><br>On July 29, 2022, Kenynia Moore was arrested in Vanderburgh County, Indiana, after being found in possession of 10 small plastic baggies which tested positive for fentanyl and cocaine. |

5.   The parties stipulated that:

(a)   The highest grade of violation is a Grade **A** violation.

(b)   Defendant's criminal history category is **IV**.

(c)   The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is **24-30** months' imprisonment.

The Parties jointly recommend a sentence of twenty-five (25) months imprisonment with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she be sentenced to

the custody of the Attorney General or his designee for a period of twenty-five (25) months with no further supervision upon release from the Bureau of Prisons. It is further recommended that defendant be placed in a facility close to Evansville, Indiana.

    The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

    Dated:  August 22, 2022

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

United States Probation Office, United States Marshal